# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2801
LT Case No. 2015-DR-002521-FG

_____

TIMOTHY E. DEMPSEY,

    Appellant,

    v.

GALIEN L. DEMPSEY n/k/a
GALIEN L. GEMBLER,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
R. Gregg Jerald, Judge.

Bradley G. Johnson, of Bradley G. Johnson, P.A., Milton, for
Appellant.

Alexis Fields, of Kopelowitz Ostrow Ferguson Weiselberg Gilbert,
Ft. Lauderdale, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

EISNAUGLE, HARRIS, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————